**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter ___7___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Feynman School, Inc. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0526593 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

| | | |
|---|---|---|
| | | **6125 Montrose Road**<br>**Rockville, MD 20852**<br>Number, Street, City, State & ZIP Code | **10309 Potomac Corner Drive**<br>**Rockville, MD 20850**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Montgomery**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.feynmanschool.org/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Feynman School, Inc.**                                          Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor     **Feynman School, Inc.**
_____     Case number (*if known*) _____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Feynman School, Inc.**                                                    Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Feynman School, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 16, 2024**
MM / DD / YYYY

**X** **/s/ Susan Gold**
Signature of authorized representative of debtor

**Susan Gold**
Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Steven L. Goldberg (sgoldberg@mhlawyers.com)**
Signature of attorney for debtor

Date **December 16, 2024**
MM / DD / YYYY

**Steven L. Goldberg (sgoldberg@mhlawyers.com)**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **(301) 441-2420**    Email address    **sgoldberg@mhlawyers.com**

**28089 MD**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Feynman School, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 16, 2024**    X **/s/ Susan Gold**
                                               Signature of individual signing on behalf of debtor

                                               **Susan Gold**
                                               Printed name

                                               **Authorized Representative**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Feynman School, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..............................................................................................   $     0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................   $     62,953.20

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................................   $     62,953.20

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $     0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     304,820.40

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     154,058.78

4. Total liabilities ...............................................................................................................
   Lines 2 + 3a + 3b        $     458,879.18

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Feynman School, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Eagle Bank xxxx7627** | **Checking** | 7627 | $24,190.15 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | $24,190.15 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 28,760.05 | - | 0.00 | = .... | $28,760.05 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Feynman School, Inc.**                                    Case number *(If known)* _____
          Name

| 11b. Over 90 days old: | **9,000.00** | - | **4,500.00** | =.... | **$4,500.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**                                                                    | **$33,260.05** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**3D Flash Forge Printers; Smart Projectors; LCD Projectors; 36 Chromebooks; Lightbox; Shredder; File Cabinets; 4 Desktop Printers and Monitors; 2 Clarinets; 7 televisions; 18 music stands; Chromebook cart; 16 laptops; Butcher Block tables; art rack; 29 tables; 67 student classroom chairs; 35 adult chairs; carpet; 6 Refigerators; Rolling Whiteboard; 15 bookcases; 11 folding bookcases; 2 supply carts; 5 student desks; 11 office charis; 11 office desks; plastic shelf containers; student cubby units; 4 file cabinets; 1 office mailbox; 3 science tables; 12 stools;** | **Unknown** | **Liquidation** | **$5,000.00** |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Copier - Subject to a Lease Agreement** | **$0.00** | | **$0.00** |

Debtor    **Feynman School, Inc.**_____    Case number *(If known)* _____
Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

42.1.    **Books (in school's library); curriculum**
**materials; pictures;**_____    **Unknown**    **Liquidation**_____    **$500.00**

43.    **Total of Part 7.**    **$5,500.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **License Agreement with The Bender JCC of Greater Washington to occupy premises located at 6125 Montrose Road, Rockville MD** | **Licensee / Lessee** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**    **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

Debtor    **Feynman School, Inc.**
Name                                                          Case number *(If known)* _____

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.      **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.      **Internet domain names and websites**<br>**Domain Name:**<br>**https://www.feynmanschool.org/** | **$0.00** | | **Unknown** |
| 62.      **Licenses, franchises, and royalties** | | | |
| 63.      **Customer lists, mailing lists, or other compilations** | | | |
| 64.      **Other intangibles, or intellectual property** | | | |
| 65.      **Goodwill** | | | |

66.      **Total of Part 10.**

         Add lines 60 through 65. Copy the total to line 89.

| | | **$0.00** |
|---|---|---|

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ■ No
         ☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.      **Notes receivable**<br>Description (include name of obligor) | |
| 72.      **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.      **Interests in insurance policies or annuities** | |

Debtor    **Feynman School, Inc.**                                         Case number *(If known)* _____
          <span style="font-size:smaller">Name</span>

**The Hartford Insurance Company**
**Workers Compensation -Expires 1/21/2025**                                                              $1.00

**Philadelphia Indemnity Insurance Companies**
**Accidental Death and Accident Medical Benefits -**
**Expires 1/21/2025**                                                                                    $1.00

**Travelers Casualty and Surety Company of America**
**D&O - Expires July 2025**                                                                              $1.00

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          $3.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **Feynman School, Inc.**
_____  Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,190.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $33,260.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $62,953.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $62,953.20 |

**Fill in this information to identify the case:**

Debtor name  **Feynman School, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Feynman School, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Annie Vinik and James Lawrence**<br>**3391 Stuyvesant Place, NW**<br>**Washington, DC 20015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,489.91 | $3,350.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Tuition** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Aries Bernal**<br>**2909 Hewill Avenue**<br>**Silver Spring, MD 20906-1828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Tuition** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor **Feynman School, Inc.**                                   Case number (if known) _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.83 | $1,019.83 |
|---|---|---|---|---|

**Barbara Sanford and Scott Sanford**
**10428 Snow Point Drive**
**Bethesda, MD 20814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,143.82 | $3,350.00 |
|---|---|---|---|---|

**Benjamin Loring and Inna Loring**
**1920 Chapman Avenue**
**Rockville, MD 20852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,145.32 | $3,350.00 |
|---|---|---|---|---|

**Benjamin Miller and Na Yang V. Miller**
**5934 Halpine Road**
**Rockville, MD 20851**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,143.82 | $3,350.00 |
|---|---|---|---|---|

**Brian Serafin and Paula Malozowiski**
**4506 Harling Lane**
**Bethesda, MD 20814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Feynman School, Inc.**     Case number *(if known)* _____

Name

| | | | | |
|---|---|---|---|---|
| **2.7** | Priority creditor's name and mailing address<br>**Carly Shimkaveg and Chirs Shimkaveg**<br>**26 Valerian Court**<br>**Rockville, MD 20852** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,155.17** | **$3,350.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.8** | Priority creditor's name and mailing address<br>**Comptroller of Maryland Compliance Division**<br>**301 West Preston Street, Room 409**<br>**Baltimore, MD 21201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.9** | Priority creditor's name and mailing address<br>**Dr. Gillian Bussey and George Bussey**<br>**14611 Springfield Road**<br>**Germantown, MD 20874** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,145.32** | **$3,350.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.10** | Priority creditor's name and mailing address<br>**Dr. Meredith Lee Helter**<br>**5424 Harwood Road**<br>**Bethesda, MD 20814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$940.33** | **$940.33** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tuition** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Feynman School, Inc.**
_____   Case number (if known) _____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.77 | $829.77 |

**Dr. Uche Mobayode and Desmond Modayode**
**22324 Broadway Avenue**
**Clarksburg, MD 20871-3492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | $21,538.71 | $3,350.00 |

**Eric Lee and Rebecca Lee**
**9532 Purcell Drive**
**Potomac, MD 20854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | $81.38 | $81.38 |

**Grace Soukou and Kuami Soukou**
**6313 Landover Road, #102**
**Hyattsville, MD 20785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | $0.00 | $0.00 |

**Grace Wei and Mike Cichy**
**11110 Marcliff Road**
**Rockville, MD 20852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

Debtor **Feynman School, Inc.**
_____    Case number (if known) _____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.15** Priority creditor's name and mailing address

**Internal Revenue Service
Insolvency Division
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201**

As of the petition filing date, the claim is: **$0.00** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

**Jane Stine and Mark Stine
7610 Connecticut Avenue
Chevy Chase, MD 20815**

As of the petition filing date, the claim is: **$1,019.83** **$1,019.83**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

**Jason Fegadel and Kimberly
Fegadel
16400 Kipling Road
Derwood, MD 20855**

As of the petition filing date, the claim is: **$231.82** **$231.82**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

**Joel Minton and Fang Huang
9205 Bardon Road
Bethesda, MD 20814**

As of the petition filing date, the claim is: **$11,611.98** **$3,350.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Feynman School, Inc.**                                                    Case number (if known) _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|--------|--------|--------|--------|

**2.19**

Priority creditor's name and mailing address
**Julie Allal and Ari Allal**
**18241 Hickory Meadow Drive**
**Olney, MD 20832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.20**

Priority creditor's name and mailing address
**Kate Gelatt and Charlie Gelatt**
**5215 Belvoir Drive**
**Bethesda, MD 20816-1950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$913.53     $913.53

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.21**

Priority creditor's name and mailing address
**Katherine Eig Hurwitz and Carl Hurwitz**
**12421 Over Ridge Road**
**Potomac, MD 20854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,489.91     $3,350.00

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.22**

Priority creditor's name and mailing address
**Leslie Bentz and Greg Quintrell**
**2500 Dressler Lane**
**Silver Spring, MD 20906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$757.09     $757.09

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor　**Feynman School, Inc.**　　　　　　　　　Case number (if known) _____
　　　　Name

| | | | |
|---|---|---|---|
| **2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** **$0.00** |

**2.23** | Priority creditor's name and mailing address
**Mary Karanja**
**16011 Redland Road**
**Apt. 109**
**Derwood, MD 20855-2199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address
**Megan Riffle and Noah Riffle**
**418 College Parkway**
**Rockville, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address
**Montgomery County, Maryland**
**Office of County Attorney**
**101 Monroe Street, Third Floor**
**Rockville, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**　**$0.00**

Date or dates debt was incurred

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address
**Noah Naft and Lauren L. Naft**
**4714 Upton Street, NW**
**Washington, DC 20016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,083.45**　**$3,350.00**

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Feynman School, Inc.**
Name

Case number (if known) _____

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $512.67 | $512.67 |
|---|---|---|---|---|

**Richard Golland and Lei Zhang**
**10221 Chapel Road**
**Potomac, MD 20854-4146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,763.18 | $3,350.00 |
|---|---|---|---|---|

**Robyn Epstein and Alexis Sainz**
**3132 Cathedral Avenue, NW**
**Washington, DC 20008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.78 | $374.78 |
|---|---|---|---|---|

**Samira Gharaei and Michael Duffy**
**10613 Eastwood Avenue**
**Silver Spring, MD 20901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Maryland Depart. of**
**Education**
**200 W. Baltimore Street**
**Baltimore, MD 21201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Feynman School, Inc.**                                        Case number *(if known)* _____
         _____
         Name

| | | |
|---|---|---|

**2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,229.74 | $3,350.00
**Stephen Lamont and Helen Lamont**
**8221 Burning Tree Road**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,910.37 | $3,350.00
**Susanna Chu and Ariel Adesnik**
**4600 45th Street, NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,143.35 | $3,350.00
**Victor Torgrimson and Kyle Torgrimson**
**5211 Albemarle Street**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,145.32 | $3,350.00
**Yuan Zhang and Jie Tao**
**12023 Montrose Village Terrace**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tuition**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Feynman School, Inc.**
         Name                                                    Case number *(if known)*

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,000.00 |
|---|---|---|---|

**American Express**
P.O. Box 1270
Newark, NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Credit Card

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Santis**
19823 Chesley Knoll Drive
Gaithersburg, MD 20879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  For Notice Purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Jousse**
5225 Pooks Hill Road
Apt. A25N
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  For Notice Purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Bender JCC of Greater Washington**
c/o Joshua W. Bender, CEO
6125 Montrose Road
Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Licensor / Lessor of Leased Premises
$60,000 plus future rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bonnie Handel**
9540 Fox Hollow Drive
Potomac, MD 20854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  For Notice Purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Bretton Woods**
15700 River Road
Germantown, MD 20874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,800.00 |
|---|---|---|---|

**Caine and Winer**
5805 Sepulveda Blvd
4th Floor
Van Nuys, CA 91411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Copier Lease

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Feynman School, Inc.**

Name

Case number *(if known)* _____

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cassidy Siebenhar**
**1247 Shore Drive**
**Edgewater, MD 21037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,177.27 |
|---|---|---|---|

**Chase**
**Cardmember Service**
**P.O. Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christina Dabulskis**
**1430 Heather Ridge Court**
**Frederick, MD 21702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,970.00 |
|---|---|---|---|

**Computer Ware**
**8480-I Tyco Road**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crystal Merino**
**21234 Dorsey Spring Place**
**Germantown, MD 20876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emma Haigh-Hutchinson**
**8202 Houston Court**
**Apt 5**
**Takoma Park, MD 20912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Finalsite**
**Active Internet Technologies**
**P.O. Box 783838**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **IT/Website**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Feynman School, Inc.**                                     Case number (if known) _____
            Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Johnson**
**9220 Edwards Way**
**Hyattsville, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Sowalksy**
**169 Lamont Lane**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathleen Krzysztofik**
**5225 Pooks Hill Road**
**Apt. 114S**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larisa McKay**
**10807 Brewer House Road**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pam Martin**
**2509 Kimberly Street**
**Silver Spring, MD 20902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Papa Johns**
**8520A Tyco Road**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Penny Walter**
**111 Tschiffely Square Road**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Feynman School, Inc.**                                     Case number *(if known)* _____
　　　　Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**RLN Construction LLC**
**904 Olympian Circle**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Construction Expenses__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Rubino & Company**
**6903 Rockledge Drive**
**Suite 300**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Accounting__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $643.51 |
|---|---|---|---|

**Scholastic Inc.**
**P.O. Box 3710**
**Jefferson City, MO 65102-9957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sonia Vasquez**
**11611 Milbern Drive**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __For Notice Purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stefon Jordan**
**11678 S. Laurel Drive**
**Apt 3A**
**Laurel, MD 20708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __For Notice Purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.00 |
|---|---|---|---|

**Venable LLP**
**600 Massachusetts Avenue**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Will Jenkins**
**9512 Tuckerman Street**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __For Notice Purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**　List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **Feynman School, Inc.**
_____
Name

Case number (if known) _____

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Montgomery County, Maryland**<br>**101 Monroe Street**<br>**#15**<br>**Rockville, MD 20850** | Line **2.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **State of Maryland**<br>**Office of General Counsel**<br>**100 State Circle**<br>**Annapolis, MD 21401** | Line **2.30**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 304,820.40 |
| 5b. Total claims from Part 2 | 5b. + | $ 154,058.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 458,879.18 |

**Fill in this information to identify the case:**

Debtor name **Feynman School, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Teacher - Contract of Employment 2024-2025 School Year**<br><br><br>**Amy Santis**<br>**19823 Chesley Knoll Drive**<br>**Gaithersburg, MD 20879** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Enrollment and Tuition Agreement**<br><br><br>**Annie Vinik and James Lawrence**<br>**3391 Stuyvesant Place, NW**<br>**Washington, DC 20015** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Enrollment and Tuition Agreement**<br><br><br>**Aries Bernal**<br>**2909 Hewill Avenue**<br>**Silver Spring, MD 20906-1828** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Teacher - Contract of Employment 2024-2025 School Year**<br><br><br>**Ashley Jousse**<br>**5225 Pooks Hill Road**<br>**Apt. A25N**<br>**Bethesda, MD 20814** |

Debtor 1   **Feynman School, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Enrollment and Tuition Agreement** | |
| State the term remaining | **Barbara Sanford and Scott Sanford 10428 Snow Point Drive Bethesda, MD 20814** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **License Agreement for occupancy of leased space at 6125 Montrose Road, Rockville, MD 20852. $20,000 per month License Expires 2026** | |
| State the term remaining | **Bender JCC of Greater Washington c/o Joshua W. Bender, CEO 6125 Montrose Road Rockville, MD 20852** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Enrollment and Tuition Agreement** | |
| State the term remaining | **Benjamin Loring and Inna Loring 1920 Chapman Avenue Rockville, MD 20852** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Enrollment and Tuition Agreement** | |
| State the term remaining | **Benjamin Miller and Na Yang V. Miller 5934 Halpine Road Rockville, MD 20851** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Teacher - Contract of Employment 2024-2025 School Year** | |
| State the term remaining | **Bonnie Handel 9540 Fox Hollow Drive Potomac, MD 20854** |
| List the contract number of any government contract | |

Debtor 1    **Feynman School, Inc.**                                    Case number (*if known*) _____

First Name          Middle Name          Last Name

| | |
|---|---|

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement** | |
| State the term remaining | **Brian Serafin and Paula Malozowski** |
| List the contract number of any government contract | **4506 Harling Lane** **Bethesda, MD 20814** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Copier Lease** | |
| State the term remaining | **Caine & Weiner** |
| List the contract number of any government contract | **935 National Parkway** **Suite 40** **Schaumburg, IL 60173** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement** | |
| State the term remaining | **Carly Shimkaveg and Chirs Shimkaveg** |
| List the contract number of any government contract | **26 Valerian Court** **Rockville, MD 20852** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Teacher - Contract of Employment 2024-2025 School Year** | |
| State the term remaining | **Cassidy Siebenhar** |
| List the contract number of any government contract | **1247 Shore Drive** **Edgewater, MD 21037** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Learning Specialist Agreement 2024-2025 School Year** | |
| State the term remaining | **Christina Dabulskis** |
| List the contract number of any government contract | **1430 Heather Ridge Court** **Frederick, MD 21702** |

Debtor 1    **Feynman School, Inc.**
     First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Independent Contractor Agreement**

State the term remaining

List the contract number of any government contract

**Crystal Merino**
**21234 Dorsey Spring Place**
**Germantown, MD 20876**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement**

State the term remaining

List the contract number of any government contract

**Dr. Gillian Bussey and George Bussey**
**14611 Springfield Road**
**Germantown, MD 20874**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement**

State the term remaining

List the contract number of any government contract

**Dr. Meredith Lee Helter**
**5424 Harwood Road**
**Bethesda, MD 20814**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement**

State the term remaining

List the contract number of any government contract

**Dr. Uche Mobayode and Desmond Modayode**
**22324 Broadway Avenue**
**Clarksburg, MD 20871-3492**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Teacher - Contract of Employment 2024-2025 School Year**

State the term remaining

List the contract number of any government contract

**Emma Haigh-Hutchinson**
**8202 Houston Court**
**Apt 5**
**Takoma Park, MD 20912**

---

Debtor 1  **Feynman School, Inc.**                                    Case number *(if known)* _____
                First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Eric Lee and Rebecca Lee**<br>**9532 Purcell Drive**<br>**Potomac, MD 20854** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Grace Wei and Mike Cichy**<br>**11110 Marcliff Road**<br>**Rockville, MD 20852** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Teacher - Contract of Employment 2024-2025 School Year** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Ian Johnson**<br>**9220 Edwards Way**<br>**Hyattsville, MD 20783** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Jane Stine and Mark Stine**<br>**7610 Connecticut Avenue**<br>**Chevy Chase, MD 20815** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Jason Fegadel and Kimberly Fegadel**<br>**16400 Kipling Road**<br>**Derwood, MD 20855** |

Debtor 1  **Feynman School, Inc.**                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

<span style="background:#3d0040;">    </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement**

State the term remaining

List the contract number of any government contract

**Joel Minton and Fang Huang**
**9205 Bardon Road**
**Bethesda, MD 20814**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Teacher - Contract of Employment 2024-2025 School Year**

State the term remaining

List the contract number of any government contract

**John Sowalksy**
**169 Lamont Lane**
**Gaithersburg, MD 20878**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement**

State the term remaining

List the contract number of any government contract

**Julie Allal and Ari Allal**
**18241 Hickory Meadow Drive**
**Olney, MD 20832**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement**

State the term remaining

List the contract number of any government contract

**Kate Gelatt and Charlie Gelatt**
**5215 Belvoir Drive**
**Bethesda, MD 20816-1950**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Enrollment and Tuition Agreement**

State the term remaining

List the contract number of any government contract

**Katherine Eig Hurwitz and Carl Hurwitz**
**12421 Over Ridge Road**
**Potomac, MD 20854**

Debtor 1  **Feynman School, Inc.**                                    Case number *(if known)* _____

      First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Teacher - Contract of Employment 2024-2025 School Year** |
| | State the term remaining | |
| | List the contract number of any government contract | **Kathleen Krzysztofik 5225 Pooks Hill Road Apt. 114S Bethesda, MD 20814** |

| | | |
|---|---|---|
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Leslie Bentz and Greg Quintrell 2500 Dressler Lane Silver Spring, MD 20906** |

| | | |
|---|---|---|
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Karanja 16011 Redland Road Apt. 109 Derwood, MD 20855-2199** |

| | | |
|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Megan Riffle and Noah Riffle 418 College Parkway Rockville, MD 20850** |

| | | |
|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Noah Naft and Lauren L. Naft 4714 Upton Street, NW Washington, DC 20016** |

Debtor 1   **Feynman School, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Teacher - Contract of Employment 2024-2025 School Year** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pam Martin 2509 Kimberly Street Silver Spring, MD 20902** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard Golland and Lei Zhang 10221 Chapel Road Potomac, MD 20854-4146** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Robyn Epstein and Alexis Sainz 3132 Cathedral Avenue, NW Washington, DC 20008** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Samira Gharaei and Michael Duffy 10613 Eastwood Avenue Silver Spring, MD 20901** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Teacher - Contract of Employment 2024-2025 School Year** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sonia Vasquez 11611 Milbern Drive Potomac, MD 20854** |

Debtor 1   **Feynman School, Inc.**                                            Case number *(if known)* _____
           First Name      Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Teacher - Contract of Employment 2024-2025 School Year** | |
|---|---|---|---|
| | State the term remaining | | **Stefon Jordan** **11678 S. Laurel Drive** **Apt 3A** **Laurel, MD 20708** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stephen Lamont and Helen Lamont** **8221 Burning Tree Road** **Bethesda, MD 20817** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Susanna Chu and Ariel Adesnik** **4600 45th Street, NW** **Washington, DC 20016** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Victor Torgrimson and Kyle Torgrimson** **5211 Albemarle Street** **Bethesda, MD 20816** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Will Jenkins** **c/o Child Tech** **9512 Tuckerman Street** **Lanham, MD 20706** |
| | List the contract number of any government contract | | |

Debtor 1  **Feynman School, Inc.**                                                          Case number *(if known)* _____
　　　　　　First Name　　　Middle Name　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment and Tuition Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yuan Zhang and Jie Tao**<br>**12023 Montrose Village Terrace**<br>**Rockville, MD 20852** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Feynman School, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | _____ | _____<br>Street<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____<br>Street<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Feynman School, Inc.** |
| United States Bankruptcy Court for the: **DISTRICT OF MARYLAND** |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **7/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $409,578.26 |
   | **For prior year:** From **7/01/2023** to **6/30/2024** | ■ Operating a business<br>☐ Other _____ | $1,372,128.82 |
   | **For year before that:** From **7/01/2022** to **6/30/2023** | ■ Operating a business<br>☐ Other _____ | $1,993,170.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   | --- | --- | --- |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | **Employee Retention Tax Credit** | $426,050.53 |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Feynman School, Inc.**                                   Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **ADP (Payroll)** | 09/13/2024:<br>$38,964.71<br>09/30/2024:<br>$37,825.33<br>10/15/2024:<br>$29,353.91<br>10/31/2024:<br>$26,856.75<br>11/1/2024:<br>$8,893.80<br>11/15/2024:<br>$33,055.28<br>12/02/2024:<br>$38,680.07<br>12/13/2024:<br>$48,826.99<br>12/16/2024:<br>$26,239.60 | $288,697.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll and Employment Taxes** |
| 3.2.   **Caine and Winer**<br>**5805 Sepulveda Blvd**<br>**4th Floor**<br>**Van Nuys, CA 91411** | 10/30/2024:<br>$2,060.00<br>11/13/2024:<br>$2,060.00<br>11/27/2024:<br>$2,060.00<br>12/11/2024:<br>$2,060.00 | $8,240.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Copier Lease** |
| 3.3.   **GBS, Inc.** | 11/1/2024:<br>$5,065.31 | $5,065.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.   **Aprio Accounting**<br>**111 Rockville Pike**<br>**Suite 600**<br>**Rockville, MD 20850** | 12/15/2024:<br>$4,000 | $4,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Accounting Services** |
| 3.5.   **Bender JCC of Greater Washington**<br>**c/o Joshua W. Bender, CEO**<br>**6125 Montrose Road**<br>**Rockville, MD 20852** | 10/08/24:<br>$15,000 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |

Debtor    **Feynman School, Inc.**                                          Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Feynman School, Inc.**                                      Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McNamee Hosea**<br>**6404 Ivy Lane - Ste. 820**<br>**Greenbelt, MD 20770** | | **3/26/2024:**<br>**$2,000.00**<br>**12/14/2024:**<br>**$7,000.00** | **$9,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any payments of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Third Party** | **Chairs, old desks when school moved to new location**<br>**Approximate Value: <$1,000 (estimated)** | **August 2023** | **$1,000.00** |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Debtor   **Feynman School, Inc.**                                          Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **11810 Falls Road** **Potomac, MD 20854** | **2019 - 2023** |

---

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Educational Records/Transcripts/Health Records**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Feynman School, Inc.**                                           Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Teachers/Staff** | | **Some property remaining in school is property of one or more teachers/staff.** | $0.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Feynman School, Inc.** _____    Case number _(if known)_ _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Rubino & Company**<br>    **6903 Rockledge Drive**<br>    **Suite 300**<br>    **Bethesda, MD 20817** | **2017 - 2023** |
| 26a.2.    **Aprio Accounting**<br>    **111 Rockville Pike**<br>    **Suite 600**<br>    **Rockville, MD 20850** | **2023 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Susan Gold**<br>    **10309 Potomac Corner Drive**<br>    **Rockville, MD 20850** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **Feynman School, Inc.**    Case number *(if known)*

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Susan Gold** | | **Head of School** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ursula Golladay** | | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Phillip Cullom** | | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Siobhan MacDermott** | | **Board Member** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mitzi Wertheim** | | **Board Member** | **Resigned 4/2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Susan Gold**<br>**10309 Potomac Corner Drive**<br>**Rockville, MD 20850** | **$100,550.00** | **12/13/23 - 12/13/24** | **$100,000 gross salary $550,00 reimbursement for purchases made** |
| | **Relationship to debtor**<br>**Head of School** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor    **Feynman School, Inc.**                                          Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 16, 2024**

**/s/ Susan Gold**                                              **Susan Gold**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Maryland

In re   **Feynman School, Inc.**       Case No.

                         Debtor(s)       Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **December 16, 2024**           **/s/ Susan Gold**

                                     **Susan Gold**/**Authorized Representative**
                                     Signer/Title

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Amy Santis
19823 Chesley Knoll Drive
Gaithersburg, MD 20879

Annie Vinik and James Lawrence
3391 Stuyvesant Place, NW
Washington, DC 20015

Aries Bernal
2909 Hewill Avenue
Silver Spring, MD 20906-1828

Ashley Jousse
5225 Pooks Hill Road
Apt. A25N
Bethesda, MD 20814

Barbara Sanford and Scott Sanford
10428 Snow Point Drive
Bethesda, MD 20814

Bender JCC of Greater Washington
c/o Joshua W. Bender, CEO
6125 Montrose Road
Rockville, MD 20852

Benjamin Loring and Inna Loring
1920 Chapman Avenue
Rockville, MD 20852

Benjamin Miller and Na Yang V. Miller
5934 Halpine Road
Rockville, MD 20851

Bonnie Handel
9540 Fox Hollow Drive
Potomac, MD 20854


Bretton Woods
15700 River Road
Germantown, MD 20874


Brian Serafin and Paula Malozowiski
4506 Harling Lane
Bethesda, MD 20814


Caine & Weiner
935 National Parkway
Suite 40
Schaumburg, IL 60173


Caine and Winer
5805 Sepulveda Blvd
4th Floor
Van Nuys, CA 91411


Carly Shimkaveg and Chirs Shimkaveg
26 Valerian Court
Rockville, MD 20852


Cassidy Siebenhar
1247 Shore Drive
Edgewater, MD 21037


Chase
Cardmember Service
P.O. Box 1423
Charlotte, NC 28201-1423


Christina Dabulskis
1430 Heather Ridge Court
Frederick, MD 21702

Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Computer Ware
8480-I Tyco Road
Vienna, VA 22182


Crystal Merino
21234 Dorsey Spring Place
Germantown, MD 20876


Dr. Gillian Bussey and George Bussey
14611 Springfield Road
Germantown, MD 20874


Dr. Meredith Lee Helter
5424 Harwood Road
Bethesda, MD 20814


Dr. Uche Mobayode and Desmond Modayode
22324 Broadway Avenue
Clarksburg, MD 20871-3492


Emma Haigh-Hutchinson
8202 Houston Court
Apt 5
Takoma Park, MD 20912


Eric Lee and Rebecca Lee
9532 Purcell Drive
Potomac, MD 20854


Finalsite
Active Internet Technologies
P.O. Box 783838
Philadelphia, PA 19178

Grace Soukou and Kuami Soukou
6313 Landover Road, #102
Hyattsville, MD 20785


Grace Wei and Mike Cichy
11110 Marcliff Road
Rockville, MD 20852


Ian Johnson
9220 Edwards Way
Hyattsville, MD 20783


Internal Revenue Service
Insolvency Division
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201


Jane Stine and Mark Stine
7610 Connecticut Avenue
Chevy Chase, MD 20815


Jason Fegadel and Kimberly Fegadel
16400 Kipling Road
Derwood, MD 20855


Joel Minton and Fang Huang
9205 Bardon Road
Bethesda, MD 20814


John Sowalksy
169 Lamont Lane
Gaithersburg, MD 20878


Julie Allal and Ari Allal
18241 Hickory Meadow Drive
Olney, MD 20832

Kate Gelatt and Charlie Gelatt
5215 Belvoir Drive
Bethesda, MD 20816-1950


Katherine Eig Hurwitz and Carl Hurwitz
12421 Over Ridge Road
Potomac, MD 20854


Kathleen Krzysztofik
5225 Pooks Hill Road
Apt. 114S
Bethesda, MD 20814


Larisa McKay
10807 Brewer House Road
Rockville, MD 20852


Leslie Bentz and Greg Quintrell
2500 Dressler Lane
Silver Spring, MD 20906


Mary Karanja
16011 Redland Road
Apt. 109
Derwood, MD 20855-2199


Megan Riffle and Noah Riffle
418 College Parkway
Rockville, MD 20850


Montgomery County, Maryland
Office of County Attorney
101 Monroe Street, Third Floor
Rockville, MD 20850


Montgomery County, Maryland
101 Monroe Street
#15
Rockville, MD 20850

Noah Naft and Lauren L. Naft
4714 Upton Street, NW
Washington, DC 20016


Pam Martin
2509 Kimberly Street
Silver Spring, MD 20902


Papa Johns
8520A Tyco Road
Vienna, VA 22182


Penny Walter
111 Tschiffely Square Road
Gaithersburg, MD 20878


Richard Golland and Lei Zhang
10221 Chapel Road
Potomac, MD 20854-4146


RLN Construction LLC
904 Olympian Circle
Vienna, VA 22180


Robyn Epstein and Alexis Sainz
3132 Cathedral Avenue, NW
Washington, DC 20008


Rubino & Company
6903 Rockledge Drive
Suite 300
Bethesda, MD 20817


Samira Gharaei and Michael Duffy
10613 Eastwood Avenue
Silver Spring, MD 20901

Scholastic Inc.
P.O. Box 3710
Jefferson City, MO 65102-9957


Sonia Vasquez
11611 Milbern Drive
Potomac, MD 20854


State of Maryland
Office of General Counsel
100 State Circle
Annapolis, MD 21401


State of Maryland Depart. of Education
200 W. Baltimore Street
Baltimore, MD 21201


Stefon Jordan
11678 S. Laurel Drive
Apt 3A
Laurel, MD 20708


Stephen Lamont and Helen Lamont
8221 Burning Tree Road
Bethesda, MD 20817


Susanna Chu and Ariel Adesnik
4600 45th Street, NW
Washington, DC 20016


Venable LLP
600 Massachusetts Avenue
Washington, DC 20001


Victor Torgrimson and Kyle Torgrimson
5211 Albemarle Street
Bethesda, MD 20816

```
Will Jenkins
9512 Tuckerman Street
Lanham, MD 20706


Will Jenkins
c/o Child Tech
9512 Tuckerman Street
Lanham, MD 20706


Yuan Zhang and Jie Tao
12023 Montrose Village Terrace
Rockville, MD 20852
```

# United States Bankruptcy Court
## District of Maryland

In re   **Feynman School, Inc.**                                                      Case No. _____

                              Debtor(s)                   Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Feynman School, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 16, 2024**                                              **/s/ Steven L. Goldberg (sgoldberg@mhlawyers.com)**
Date                                                              **Steven L. Goldberg (sgoldberg@mhlawyers.com)**
                                                                 Signature of Attorney or Litigant
                                                                 Counsel for   **Feynman School, Inc.**
                                                                 **McNamee Hosea,  P.A.**
                                                                 **6404 Ivy Lane, Suite 820**
                                                                 **Greenbelt, MD 20770**
                                                                 **(301) 441-2420 Fax:(301) 982-9450**
                                                                 **sgoldberg@mhlawyers.com**