**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| In re: | * |
| FEYNMAN SCHOOL, INC. | *  Case No. 24-20635-MCR |
| Debtor | *  Chapter 7 |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**VERIFIED STATEMENT OF**
**DISINTERESTEDNESS PURSUANT TO BANKRUPTCY RULE 2014**

I, James M. Hoffman, do hereby declare and affirm under the penalties of perjury:

1. I am an attorney licensed to practice in the State of Maryland and in this Court

2. I am a member of the law firm of Offit Kurman, P.A., which maintains an office for the practice of law at 7501 Wisconsin Avenue, Suite 1000W, Bethesda, Maryland 20814.

3. I have no connection with Debtor Company herein, its creditors, or any party in interest herein, its respective attorneys, and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

4 The law firm of Offit Kurman, P.A. has no conflict.

5. James M. Hoffman has identified that between January 2022 through the date of this statement, Cheryl E. Rose as Chapter 7 Trustee has employed James M. Hoffman, Esq. and Offit Kurman, P.A. as Special Counsel in 16 out of 23 cases requiring Special Counsel. During this same period of time, Ms. Rose has employed herself and Rose & Associates, LLC as General Counsel in 46 of her asset cases in which a Special Counsel was not hired.

6. I represent no adverse interest to the Debtor Company or its Estate, or the Trustee, in the matter upon which I am to be engaged.

1

                                  Respectfully submitted,

                                  /s/ James M. Hoffman
                                  James M. Hoffman (Federal Bar No. 04914)
                                  Offit Kurman, P.A.
                                  7501 Wisconsin Avenue, Suite 1000W
                                  Bethesda, MD 20814
                                  (240) 507-1710 (O), (240) 504-1735 (F)
                                  JHoffman@offitkurman.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of February, 2025, an electronic copy of the foregoing **Amended Verified Statement of Disinterestedness Pursuant to Bankruptcy Rule 2014** will be served electronically by the Court's CM/ECF system on the following:

- **Steven L. Goldberg**   sgoldberg@mhlawyers.com, sgoldberg@ecf.inforuptcy.com; Goldberg.SteveR92003@notify.bestcase.com;cmartin@mhlawyers.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Cheryl E. Rose**   trusteerose@aol.com, crose@ecf.axosfs.com

I HEREBY FURTHER CERTIFY that on this 7th day of February, 2025, a copy of the foregoing **Amended Verified Statement of Disinterestedness Pursuant to Bankruptcy Rule 2014** was also mailed first class mail, postage prepaid to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Nick Arrington
N.T. Arrington
P.O. Box 738
Gainesville, VA 20156

James H Brandon
20988 Negril Court
Lutz, FL 33558

Feynman School, Inc.
10309 Potomac Corner Drive
Rockville, MD 20850

James M. Hoffman, Esq.
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814

                                  /s/ Cheryl E. Rose
                                  Cheryl E. Rose, Chapter 7 Trustee